UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

LEONARDO PAJARITO, CARLOS PEREZ, and
JONATHAN SANCHEZ, *individually and on behalf
of others similarly situated,*

                              *Plaintiffs*,

    -against-

LATIN BRANDS RESTAURANT GROUPS INC.
(D/B/A SALSA BEMBE), LUCAS LUCIDO,
DEVIS BERATI, and ALEX ARIZMENDI,

                              *Defendants.*
----------------------------------------------------------X

7:21-CV-08343-CS

**JUDGMENT**

       On July 8, 2022, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

       **NOW**, it is hereby **ORDERED**, **ADJUDGED AND DECREED** as follows:

       That the Plaintiffs, LEONARDO PAJARITO, CARLOS PEREZ, and JONATHAN SANCHEZ, have judgment against LATIN BRANDS RESTAURANT GROUPS INC. (D/B/A SALSA BEMBE), LUCAS LUCIDO, DEVIS BERATI, and ALEX ARIZMENDI, jointly and severally, in the amount of Twenty-Two Thousand Five Hundred Dollars and No Cents ($22,500.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2022

                                                        _____
                                                           Judge Cathy Seibel
                                                         UNITED STATES DISTRICT JUDGE